UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Jeffrey Yung Eom                               Case No.: 16-28009 (RG)

                                                       Chapter: 7

                                                       Judge:  Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on February 28, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 1554 Anderson Avenue, Apt. C, Fort Lee, NJ, having a fair market value of $455,000.00.

> Liens on property:
>
> Select Portfolio Servicing
> $463,911.84

> Amount of equity claimed as exempt:   None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Lori Capasso
Address:  LeClairRyan, 1037 Raymond Blvd., 16th Floor, Newark, NJ 07102
Telephone No.:  973-491-3600

00559936 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 16-28009-RG
Jeffrey Yung Eom                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 2              Date Rcvd: Jan 30, 2017
                       Form ID: pdf905           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.
```
db              +Jeffrey Yung Eom,    1554 Anderson Ave, Apt #C,    Fort Lee, NJ 07024-2716
aty             +Na-Kyung Kang,    Law Office of Kang, PC,    570 Main Street, Suite 203,
                  Fort Lee, NJ 07024-5058
cr               Hamilton Equity Group, LLC assignne of HSBC Bank U,    Attn:   Laurie S.Fulkerson,
                  P.O. Box 280,    Buffalo, NY 14201-0280
516407078     ++++3G RADIOLOGY, LLC,    100 MEDICAL CENTER WAY,    SOMERS POINT NJ 08244-2300
                (address filed with court: 3G Radiology, LLC,    1 E New York Ave.,
                  Somers Point, NJ 08244-2340)
516407053      +Banco Popular Community,    P.O. Box 4906,    Hialeah, FL 33014-0906
516407054      +Bank of America,    NC-4-102-03-14,    P.O. Box 26012,    Greensboro, NC 27420-6012
516407055      +Bank of America,    9000 Southsided Blvd 600 FL.,    Jacksonville, FL 32256-0789
516407062      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516407063      +Card Member Service,    P.O. Box 108,    Saint Louis, MO 63166-0108
516407071      +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
516407072      +Citicorp/Credit Service Bankruptcy,    P.O. Box 790040,    Saint Louis, MO 63179-0040
516407073       Cohn Lifland Pearlman Herrman & knopf,    Park 80 Plaza W One,    Rochelle Park, NJ 07662
516407075      +Demno & Saldutti LLP,    1300 Route 73, Suite 205,    Mount Laurel, NJ 08054-2200
516407077      +Englewood Hospital nd Medical Center,    350 Engle Street,    Englewood, NJ 07631-1898
516407079      +Englewood Radiologic GRP PO Box 809,    Berwick, PA 18603-0809
516443400     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
                (address filed with court: Focus Receivables Management,    1130 Northchase Pkwy,   Se#150,
                  Marietta, GA 30067)
516407080      +Faloni & Associates, LC,    165 Passaic Ave., Suite 301 B,    Fairfield, NJ 07004-3592
516407081      +First National Collection Bureau, Inc.,    610 Waltham Way.,,    Sparks, NV 89434-6695
516407082      +Focus Receivales Management,    5601 Office Blvd., NE, Suite 500,    Albuquerque, NM 87109-5873
516407083      +Goldman & Washaw, P.C.,    34 Maple Ave.,,    Suite 101,    Pine Brook, NJ 07058-9394
516407084      +HSBC Bank USA N.A.A.,    P.O. Box 4215,    Buffalo, NY 14240-4215
516407086       HSBC Bank/ Hamilton Equity Group,    P.O. Box 280,    Buffalo, NY 14210
516407090      +Mercantile Adustment Bureau, LLC,    PO Box 9054,    Buffalo, NY 14231-9054
516407091      +Michael Harrsn Law Office,    3155 State Route 10, Suite 214,    Denville, NJ 07834-3430
516407092      +Midalnd Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
516512348       Midland Credit Management, Inc.,    PO Box 280,    Buffalo, NY 14210
516407093      +Pione Credit Recovery Inc.,    P.O. Box 189,    Arcade, NY 14009-0189
516407095      +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516407100       R,B,P & C, C LLC,    600 Liberty Building,    Buffalo, NY 14202
516407102       RBPC & C, LLC,    1600 Liberty Bldg,    Buffalo, NY 14202
516407052      +RMC, Inc.,    3550 N. Central Ave.,    #250,    Phoenix, AZ 85012-2105
516407101      +Ragan & Ragan,    3100 Route138 West,    Brinley Plaza, Building One,    Belmar, NJ 07719-9020
516407104      +Sage Capital Recovery,    1040 Kings Hwy. N.,    Cherry Hill, NJ 08034-1908
516407105      +Sankel, Skurman & McCartin, LLP,    477 Madison Avenue,    New York, New York 10022-5859
516407106      +Schatzman Baker,    P.O. Box 2329,    Princeton, NJ 08543-2329
516407107      +Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
516407108      +Small Busnies Administration,    26 Edwards Street,    Arcade, NY 14009-1012
516407110      +State of NJ, ept of Labor & Workerforce,    PO Box 059,    Trenton, NJ 08625-0059
516407111      +U.S. Department of the Treasury,    P.O.Box 979104,    Saint Louis, MO 63197-9001
516407113      +US Bank/ Card Member Service,    P.O. Box 108,    Saint Louis, MO 63166-0108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 01:43:15     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 01:43:11     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516407060      +E-mail/Text: cms-bk@cms-collect.com Jan 31 2017 01:42:56     Capital Management Services, LP,
                  726 Exchange Street,    Suite#700,    Buffalo, NY 14210-1464
516407061      +E-mail/Text: cms-bk@cms-collect.com Jan 31 2017 01:42:56     Capital Management Services, LP,
                  726 Exchange Street Suite 700,    Buffalo, NY 14210-1464
516407070      +E-mail/Text: bankruptcy@certifiedcollection.com Jan 31 2017 01:42:58
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
516407076      +E-mail/Text: mrdiscen@discover.com Jan 31 2017 01:42:21     Discover Bank,    2500 Lake Cook Rd,
                  Deerfield, IL 60015-3801
516407087      +E-mail/Text: houston_bankruptcy@LGBS.com Jan 31 2017 01:43:19
                 Linebarger Goggan Blair & Sampson , LLP,    1300 Main, Suite 210,    Houston, TX 77002-6803
516407089      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 31 2017 01:43:10     MCM,    8875 Aero Drive,
                  Site #200,    San Diego, CA 92123-2251
516407094       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 02:04:42
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
516407109      +E-mail/Text: cop@santander.us Jan 31 2017 01:43:02     Sovereign Bank,    75 State Street,
                  Boston, MA 02109-1827
516407114      +E-mail/Text: BKRMailOps@weltman.com Jan 31 2017 01:43:21     Weltman, Weinberg Reis Co., LPA,
                  325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 11
```

```
District/off: 0312-2          User: admin               Page 2 of 2                   Date Rcvd: Jan 30, 2017
                              Form ID: pdf905           Total Noticed: 51


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516407057*      +Bank of America,    9000 Southsided Blvd 600 FL.,    Jacksonville, FL 32256-0789
516407058*      +Bank of America,    9000 Southsided Blvd 600 FL.,    Jacksonville, FL 32256-0789
516407059*      +Bank of America,    9000 Southsided Blvd 600 FL.,    Jacksonville, FL 32256-0789
516407056*      +Bank of America,    9000 Southsided Blvd 600 FL.,    Jacksonville, FL 32256-0789
516407064*      +Card Member Service,    P.O. Box 108,    Saint Louis, MO 63166-0108
516407065*      +Card Member Service,    P.O. Box 108,    Saint Louis, MO 63166-0108
516407066*      +Card Member Service,    P.O. Box 108,    Saint Louis, MO 63166-0108
516407067*      +Card Member Service,    P.O. Box 108,    Saint Louis, MO 63166-0108
516407068*      +Card Member Service,    P.O. Box 108,    Saint Louis, MO 63166-0108
516407069*      +Card Member Service,    P.O. Box 108,    Saint Louis, MO 63166-0108
516407085*      +HSBC Bank USA N.A.,    P.O. Box 4215,    Buffalo, NY 14240-4215
516407088*      +Linebarger Goggan Blair & Sampson , LLP,     1300 Main, Suite 210,    Houston, TX 77002-6803
516407096*      +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516407097*      +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516407098*      +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516407099*      +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516407112*      +U.S. Department of the Treasury,    P.O.Box 979104,    Saint Louis, MO 63197-9001
516407074      ##+Convergent Outsourcing,Inc.,    10750 Hammerly Blvd #200,    Houston, TX 77043-2317
516407103      ##+RJM Acquisitions, LLC,    575 Underhill Blvd., Suite 224,    Syosset, NY 11791-3416
                                                                                          TOTALS: 0, * 17, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              Charles M. Forman    charles.forman@leclairryan.com,
               lori.capasso@leclairryan.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman charles.forman@leclairryan.com,
               lori.capasso@leclairryan.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates,
               Series 2005-AR3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Na-Kyung  Kang    on behalf of Debtor Jeffrey Yung Eom nakyungkang@yahoo.com,   aram.suk@gmail.com
                                                                                             TOTAL: 4
```